### SHOLES v. STODDARD.

MOTION was made in court for a new trial, and it was
said by one of the judges, that if the motion be made, and
reduced to writing the same term the first trial is had, it is
sufficient notice to hold the adverse party to appear and
answer:    But the motion was continued to next term, that
notice might be given; and the court refused to stay execu-
tion in the meantime.